**Dated: December 26, 2013**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 13-12365-JLC |
| Elizabeth Ricketts aka Elizabeth Ann Ricketts | § | |
| aka Elizabeth Johnson, | § | CHAPTER 13 |
| Debtor | § | |
| Caliber Home Loans, Inc. as servicing agent for | § | |
| U.S. Bank Trust, N.A., as Trustee for VOLT | § | |
| 2012-RPL1 Asset Holdings Trust, by Caliber | § | |
| Home Loans, Inc. f/k/a Vericrest Financial, Inc., | § | |
| as its attorney in fact, | § | |
| | § | |
| Movant | § | JUDGE: JIMMY L. CROOM |
| v. | § | |
| Elizabeth Ricketts aka Elizabeth Ann Ricketts | § | |
| aka Elizabeth Johnson, | § | |
| Debtor | § | |
| Timothy H. Ivy, | § | |
| Trustee | § | |
| Respondents | § | |

**AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION**

This matter having been scheduled to come before this Court upon the Objection to Confirmation filed by **Caliber Home Loans, Inc.** as servicing agent for U.S. Bank Trust, N.A., as Trustee for VOLT 2012-RPL1 Asset Holdings Trust, by Caliber Home Loans, Inc. f/k/a Vericrest Financial, Inc., as its attorney in fact, and it appearing the undersigned parties have consented hereto, it is hereby ordered;

The Debtor shall pay the pre-petition arrearage claim of Caliber Home Loans, Inc. in the sum of $12,105.56 in full and the Trustee shall make the appropriate adjustments to the Debtor's Chapter 13 plan to ensure the claim is paid in a timely manner.

# # #

APPROVED FOR ENTRY:

**/s/Richard B. Maner**
Richard B. Maner, TN Bar No.024019
Attorney for Caliber Home Loans, Inc.
RICHARD B. MANER, P.C.
5775 Glenridg Drive
Building D, Suite 100
Atlanta, GA 30328
404-252-6385 Phone; 404-252-6394 Fax
Email: rmaner@rbmlegal.com

**/s/C. Jerome Teel, Jr.**
C. Jerome Teel, Jr., TN Bar No.016310
Attorney for Debtor
Teel & Maroney, PLC
425 East Baltimore Street,
Jackson, TN 38301
(731) 424-3315 Phone; (731) 424-3501
bankruptcy@tennesseefirm.com

**/s/** Timothy H. Ivy
Timothy H. Ivy
Chapter 13 Trustee
P.O. Box 1313,
Jackson, TN 38302
(731) 664-1313

## **DISTRIBUTION LIST**

Richard B. Maner, Esq.
RICHARD B. MANER, P.C.
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328

Elizabeth Ricketts
180 Todd Lane
Bolivar, TN 38008

C. Jerome Teel, Jr.
Teel & Maroney, PLC
425 East Baltimore Street
Jackson, TN  38301

Timothy H. Ivy
Chapter 13 Trustee
P.O. Box 1313
Jackson, TN  38302